<pre>
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       CENTRAL DISTRICT OF CALIFORNIA
10   GUSTAVO GUEVARA,                 ) CASE NO. ED CV 09-2160-PSG (PJW)
                                      )
11                     Petitioner,    )
                                      ) ORDER ACCEPTING REPORT AND
12          v.                        ) ADOPTING FINDINGS, CONCLUSIONS,
                                      ) AND RECOMMENDATIONS OF UNITED
13   FRANCISCO JACQUEZ, ET AL.,       ) STATES MAGISTRATE JUDGE
                                      )
14                     Respondents.   )
                                      )
15
</pre>

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

Further, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right and, therefore, a certificate of

appealability should not issue in this action.  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

DATED:     01/14/11     .


                              **PHILIP S. GUTIERREZ**
                              PHILIP S. GUTIERREZ
                              UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Order accep r&r.wpd