UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUSTAVO GUEVARA, | ) | CASE NO. ED CV 09-2160-PSG (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| FRANCISCO JACQUEZ, ET AL., | ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   01/14/11   .

**PHILIP S. GUTIERREZ**
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd